# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Bernadine Babren Avila

(full name of the plaintiff or petitioner applying (each person must submit a separate application))

20 CV 2281

-against-

(Provide docket number, if available; if filing this with your complaint, you will not yet have a docket number.)

Hilton Grand Vacations

(full name(s) of the defendant(s)/respondent(s))

RECEIVED
SDNY PRO SE OFFICE
2020 MAR 13 PM 12: 14

## APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS

I am a plaintiff/petitioner in this case and declare that I am unable to pay the costs of these proceedings and I believe that I am entitled to the relief requested in this action. In support of this application to proceed *in forma pauperis* (IFP) (without prepaying fees or costs), I declare that the responses below are true:

1. *Are you incarcerated?*  ☐ Yes  ☒ No  (If "No," go to Question 2.)
   I am being held at: _____

   Do you receive any payment from this institution? ☐ Yes  ☐ No

   Monthly amount: _____

   If I am a prisoner, *see* 28 U.S.C. § 1915(h), I have attached to this document a "Prisoner Authorization" directing the facility where I am incarcerated to deduct the filing fee from my account in installments and to send to the Court certified copies of my account statements for the past six months. *See* 28 U.S.C. § 1915(a)(2), (b). I understand that this means that I will be required to pay the full filing fee.

2. Are you presently employed?  ☒ Yes  ☐ No
   If "yes," my employer's name and address are: Marriott Vacation Club

   weekly
   Gross monthly pay or wages: Chargeable between 438 - 1,100 depending on
   commission received
   If "no," what was your last date of employment: _____
   Gross monthly wages at the time: between 4000.00 a 7500.00

3. In addition to your income stated above (which you should not repeat here), have you or anyone else living at the same residence as you received more than $200 in the past 12 months from any of the following sources? Check all that apply.

   (a) Business, profession, or other self-employment  ☐ Yes  ☒ No
   (b) Rent payments, interest, or dividends  ☐ Yes  ☒ No

SDNY Rev: 8/5/2015

(c) Pension, annuity, or life insurance payments     ☐ Yes   ☒ No

(d) Disability or worker's compensation payments     ☐ Yes   ☒ No

(e) Gifts or inheritances     ☐ Yes   ☒ No

(f) Any other public benefits (unemployment, social security, food stamps, veteran's, etc.)     ☐ Yes   ☒ No

(g) Any other sources     ☐ Yes   ☒ No

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

If you answered "No" to all of the questions above, explain how you are paying your expenses:

With my salary

4. How much money do you have in cash or in a checking, savings, or inmate account?

100.00 yesterday today over drawn.

5. Do you own any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value, including any item of value held in someone else's name? If so, describe the property and its approximate value:

yes. an auto, But it is financed and I still owe 11,000.00

6. Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses? If so, describe and provide the amount of the monthly expense:

Rent 1525.00, 361.00 Car payment utilities 75.00-300 per month phone 145.00

7. List all people who are dependent on you for support, your relationship with each person, and how much you contribute to their support (only provide initials for minors under 18):

My Son Danilo. He is partially Dependent. Works but only earns 1500 per hour, he lives with me

8. Do you have any debts or financial obligations not described above? If so, describe the amounts owed and to whom they are payable:

Car : 11,000 old card 10000 Credit 1 Baldwin Wallace University 20,000 approximately medical bills for my daughter student loan Toyota

Declaration: I declare under penalty of perjury that the above information is true. I understand that a false statement may result in a dismissal of my claims.

Dated: March 11, 2020

Signature: Bernadine John Avila

Name (Last, First, MI): Bernadine Babien Avila

Prison Identification # (if incarcerated):

Address: 314 Sutton Place

City: Norwood

State: NJ

Zip Code: 07645

Telephone Number:

E-mail Address (if available): Babrienstar@Hotmail.com

IFP Application, page 2



000343
CO.
84W   014843  0NYCMS 36A88  0000030431

028-0053

**MARRIOTT**
**VACATIONS**
**WORLDWIDE** ℠

MARRIOTT OWNERSHIP RESORTS INC
6649 WESTWOOD BLVD
ORLANDO, FL 32821

## Earnings Statement

| | |
|---|---|
| Period Beginning: | 01/04/2020 |
| Period Ending: | 01/10/2020 |
| Pay Date: | 01/17/2020 |

Taxable Marital Status:   Single
Exemptions/Allowances:
Federal:        3
NY:             0
NJ:             Table A

**BERNADINE B AVILA**
**314 SUTTON PLACE**
**314 SUTTON PLACE**
**NORWOOD NJ 07648**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| REG Regular | 15.0000 | 34.10 | 511.50 | 1,362.00 |
| CE6 MktgComm | | | 50.00 | 450.00 |
| BN3 Mkt Period | | | | 240.00 |
| HOL Holiday | | | | 120.00 |
| SCK Sick | | | | 120.00 |
| **Gross Pay** | | | **$561.50** | 2,292.00 |

Your NJ taxable wages this period are $527.81
Your NY taxable wages this period are $521.81

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -20.28 | 153.34 |
| | Social Security Tax | -34.44 | 141.36 |
| | Medicare Tax | -8.05 | 33.06 |
| | NY State Income Tax | -18.16 | 97.44 |
| | NY SUI/SDI Tax | -0.60 | 1.80 |
| | NY Paid Family Leave Ins | | 6.19 |
| | **Other** | | |
| | MS1 HCSA | -6.00* | 12.00 |
| | N.Y.P F L -Curr | -1.52 | |
| | 401 401K PreTax | -33.69* | 137.52 |
| | **Net Pay** | **$438.76** | |
| | Cka Checking 1 | -438.76 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Pto | 3.48 | |
| Sick Carryover | 13.43 | |
| Vacation Carryo | 19.07 | |
| Total Work Hrs | 34.10 | |
| Employee Id | | 5026617 |

**Important Notes**
EMPLOYER CONTACT PHONE NUMBER: 407-206-6000

**\* Excluded from federal taxable wages**
Your federal taxable wages this period are $521.81

©1998, 2006. ADP, LLC All Rights Reserved.

© 2000 ADP, LLC

▼ TEAR HERE ▼

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

**MARRIOTT**
**VACATIONS**
**WORLDWIDE** ℠

MARRIOTT OWNERSHIP RESORTS INC
6649 WESTWOOD BLVD
ORLANDO, FL 32821

| | |
|---|---|
| Advice number: | 00000030431 |
| Pay date: | 01/17/2020 |

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| BERNADINE B AVILA | xxxxxxxx3440 | xxxx xxxx | $438.76 |

## NON-NEGOTIABLE

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.