UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*Bernadine Babien Avila*

Write the full name of each plaintiff.

**20 CV 2281**

(Include case number if one has been assigned)

-against-

*Hilton Grand Vacations*

Do you want a jury trial?   *or mediation*

☒ Yes   ☐ No

Write the full name of each defendant. The names listed above must be identical to those contained in Section I.

## EMPLOYMENT DISCRIMINATION COMPLAINT

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

---

Rev. 3/24/17

2020 MAR 13 PM12: 14
SDNY PRO SE OFFICE
RECEIVED

## I.   PARTIES

### A.   Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

_Bernadine_ _B_ _Avila_
First Name                    Middle Initial          Last Name

_314 Sutton Place_
Street Address

_Norwood_          _NJ_          _07640_
County, City              State          Zip Code

_917-334-7463_          _Babienstar@HOTMAIL.com_
Telephone Number          Email Address (if available)

### B.   Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. (Proper defendants under employment discrimination statutes are usually employers, labor organizations, or employment agencies.) Attach additional pages if needed.

Defendant 1:   _Hilton Grand Vacations_
               Name

_1350 Ave of the Americas_
County, City          State          Zip Code
_NEW YORK   10019_

Defendant 2:   _____
               Name

_____
Address where defendant may be served

_____
County, City          State          Zip Code

Defendant 3:

Hilton Grand Vacations (Hilton Hotel)

Name

1350 Ave of the American

Address where defendant may be served

NYC                NY                10019

County, City          State          Zip Code

## II.   PLACE OF EMPLOYMENT

The address at which I was employed or sought employment by the defendant(s) is:

Name   Hilton

Address   1350 Ave of the American          N.Y.C.   10019

County, City                State          Zip Code

## III.   CAUSE OF ACTION

### A.   Federal Claims

This employment discrimination lawsuit is brought under (check only the options below that apply in your case):

☐   **Title VII of the Civil Rights Act of 1964**, 42 U.S.C. §§ 2000e to 2000e-17, for employment discrimination on the basis of race, color, religion, sex, or national origin

The defendant discriminated against me because of my (check only those that apply and explain):

☐   race:          _____

☐   color:          _____

☐   religion:          _____

☐   sex:          _____

☐   national origin:          _____

Page 3

☐ **42 U.S.C. § 1981**, for intentional employment discrimination on the basis of race

    My race is: _____

☒ **Age Discrimination in Employment Act of 1967**, 29 U.S.C. §§ 621 to 634, for employment discrimination on the basis of age (40 or older)

    I was born in the year: _____1955_____

☐ **Rehabilitation Act of 1973**, 29 U.S.C. §§ 701 to 796, for employment discrimination on the basis of a disability by an employer that constitutes a program or activity receiving federal financial assistance

    My disability or perceived disability is: _____

☐ **Americans with Disabilities Act of 1990**, 42 U.S.C. §§ 12101 to 12213, for employment discrimination on the basis of a disability

    My disability or perceived disability is: _____

☒ **Family and Medical Leave Act of 1993**, 29 U.S.C. §§ 2601 to 2654, for employment discrimination on the basis of leave for qualified medical or family reasons

**B.   Other Claims**

In addition to my federal claims listed above, I assert claims under:

☒ **New York State Human Rights Law**, N.Y. Exec. Law §§ 290 to 297, for employment discrimination on the basis of age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status

☒ **New York City Human Rights Law**, N.Y. City Admin. Code §§ 8-101 to 131, for employment discrimination on the basis of actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status

☒ Other (may include other relevant federal, state, city, or county law):

    _____FMLA_____

Page 4

## IV.   STATEMENT OF CLAIM

### A.  Adverse Employment Action

The defendant or defendants in this case took the following adverse employment actions against me (check only those that apply):

☐ did not hire me

☒ terminated my employment

☐ did not promote me

☐ did not accommodate my disability

☐ provided me with terms and conditions of employment different from those of similar employees

☐ retaliated against me

☐ harassed me or created a hostile work environment

☐ other (specify): _When I was on FMLA Aug 25 2018 - Feb 12 2019 I was fired on Dec 31 due to new mgmt_

### B.  Facts

State here the facts that support your claim. Attach additional pages if needed. You should explain what actions defendants took (or failed to take) *because of* your protected characteristic, such as your race, disability, age, or religion. Include times and locations, if possible. State whether defendants are continuing to commit these acts against you.

_They terminated my employment on Dec 31 along with my colleage Cheryl Flanagan for "production" I send in the required number of turns going & exceeding over the minimum But they were not counted Due to lateness of 1 on New Years from police barriers & the other turn staying five under 90 minutes even though they told me I was fine. I made my numbers! 2 hours before_

As additional support for your claim, you may attach any charge of discrimination that you filed with the U.S. Equal Employment Opportunity Commission, the New York State Division of Human Rights, the New York City Commission on Human Rights, or any other government agency.

_I was also let go under protection of FMLA_

Page 5

## V. ADMINISTRATIVE PROCEDURES

For most claims under the federal employment discrimination statutes, before filing a lawsuit, you must first file a charge with the U.S. Equal Employment Opportunity Commission (EEOC) and receive a Notice of Right to Sue.

Did you file a charge of discrimination against the defendant(s) with the EEOC or any other government agency?

☒ Yes (Please attach a copy of the charge to this complaint.) *See attached*

    When did you file your charge? _____

☐ No

Have you received a Notice of Right to Sue from the EEOC?

☒ Yes (Please attach a copy of the Notice of Right to Sue.)

    What is the date on the Notice? *Dec 6 2019  See attached*

    When did you receive the Notice? *Jan 2, 2020*

☐ No

## VI. RELIEF

The relief I want the court to order is (check only those that apply):

☐ direct the defendant to hire me

☐ direct the defendant to re-employ me

☐ direct the defendant to promote me

☐ direct the defendant to reasonably accommodate my religion

☐ direct the defendant to reasonably accommodate my disability

☒ direct the defendant to (specify) (if you believe you are entitled to money damages, explain that here)

*yes I believe I was fired unjustly, and I was protected by FMLA at the time and due to age discrimination. I have been struggling financially since this happened. I was out of work for 4 months. I am working now for Marriott but making 20,000 + less because of a different commission scale and also due to Corona Virus cancellations*

Littler Mendelson, PC
900 Third Avenue
New York, NY 10022.3298

Rina Bersohn
212.471.4410 direct
212.583.9600 main
rbersohn@littler.com

December 6, 2019

VIA E-MAIL (DOLANDA.YOUNG@EEOC.GOV)

Dolanda Young
*Investigator*
New York District Office
U.S. Equal Employment Opportunity Commission
33 Whitehall Street, 5th Floor
New York, NY 10004

Re:   Bernadine Babien-Avila v. Hilton Grand Vacations
      Charge No.: 520-2019-02669

Dear Ms. Young:

This letter and the attached documentation constitute the Statement of Position of Respondent Hilton Grand Vacations ("HGV")[1] in response to the Charge of Discrimination ("Charge") filed by its former employee Bernadine Babien-Avila ("Ms. Avila").[2] In her Charge, Ms. Avila alleges that she experienced age and disability discrimination. As set forth in further

---

[1] The entity that employed Ms. Avila is Hilton Resorts Corporation. Although HGV is referenced herein, Hilton Resorts Corporation was Ms. Avila's employer.

[2] The information and supporting documentation submitted herewith, and that which may be submitted hereafter, are strictly confidential. Such information and documentation shall not be used for any purpose other than the resolution of the current Charge and shall not be disseminated to any person without HGV's prior written approval. *See* 42 U.S.C. §§ 2000e-5(b), 2000e-8(e); 29 C.F.R. §§ 1601.22, 1601.26; and 56 Fed. Reg. 10847. In addition, this response is based upon our understanding of the facts and the information reviewed thus far. Although there has not been an opportunity for formal discovery or a complete formal investigation, this response is submitted for the purpose of aiding the EEOC in its investigation and facilitating the informal resolution of this matter. This response, while believed to be accurate, does not constitute an affidavit or a binding statement of HGV's legal position, nor is it intended to be used as evidence of any kind in any administrative or court proceeding in connection with Ms. Avila's allegations. Because additional facts likely would be uncovered through discovery or following a full investigation, HGV in no way waives its right to present new or additional information. Moreover, by responding to the Charge, HGV does not waive, and hereby preserves, any and all substantive and procedural defenses that may exist to the Charge and to Ms. Avila's allegations. HGV requests that any efforts to contact its current employees be directed to its counsel.

Ms. Dolanda Young
December 6, 2019
Page 2

detail below, Ms. Avila's allegations are entirely without merit, and thus, HGV respectfully requests that the EEOC dismiss Ms. Avila's Charge.

## I. FACTUAL BACKGROUND

### A. HGV's Operations

HGV is an Orlando, FL-based developer and sales agent for timeshare interests. HGV, through Hilton Resorts Corporation, employs marketing associates who work out of various Hilton properties; their objective is to sell timeshare interests to current hotel guests. Marketing associates must meet certain monthly sales goals; if they fail to meet those goals, then they are subject to discipline, up to and including termination. Periodically, some marketing associates, including Ms. Avila, have been terminated due to their repeated failure to achieve their sales goals and for no other reason.

### B. HGV's Relevant Policies

HGV is an equal opportunity employer and expressly prohibits discrimination and harassment on the basis of sex, color, race, religion, national origin, age, disability, veteran status, sexual orientation, gender identity, or any other category protected by law. Any employee who believes that s/he has witnessed or experienced discrimination or harassment based on protected group status must report the matter either to Human Resources or to his or her department head. Employees are assured that they will not be retaliated against for either filing a discrimination or harassment complaint or for participating in the investigation of same. Copies of HGV's equal employment opportunity and anti-harassment policies, which are contained in its Team Member Handbook, as well as Hilton Worldwide's Harassment and Violence Free Workplace Policy ("Policy") are attached hereto as **Exhibit A.** Ms. Avila acknowledged in writing that she had received a copy of the Policy, that she had reviewed it, and that she understood it. Copies of the Acknowledgment Form confirming Ms. Avila's receipt of the Policy as well as an Acknowledgement of Receipt of Team Member Handbook, both of which were executed by Ms. Avila, are attached as **Exhibit B.**

### C. Ms. Avila's Employment with HGV

#### 1. General Information

Ms. Avila worked for HGV as an in property contact ("IPC") marketing executive from August 2012 until December 31, 2018. In this role, she was primarily responsible for booking Hilton guests to attend HGV timeshare presentations and for selling such guests mini-vacation packages to HGV resorts. A certain percentage of those individuals whom she scheduled to attend timeshare presentations had to actually attend those presentations in order for her to receive "show

## VII.   PLAINTIFF'S CERTIFICATION

By signing below, I certify to the best of my knowledge, information, and belief that:
(1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

_March 12 2020_      _Bernadine Babien Avila_
Dated                          Plaintiff's Signature

_Bernadine_      _Babien_      _Avila_
First Name         Middle Initial       Last Name

_314 Sutton Place_
Street Address

_Norwood_        _NJ_        _07648_
County, City                   State              Zip Code

_917-334-7463_      _BabienStar @ Hotmail.com_
Telephone Number                  Email Address (if available)

I have read the attached Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☑ Yes     ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.



United States District Court
Southern District of New York

## Pro Se (Nonprisoner) Consent to Receive Documents Electronically

Parties who are not represented by an attorney and are not currently incarcerated may choose to receive documents in their cases electronically (by e-mail) instead of by regular mail. Receiving documents by regular mail is still an option, but if you would rather receive them only electronically, you must do the following:

1. Sign up for a PACER login and password by contacting PACER[1] at www.pacer.uscourts.gov or 1-800-676-6856;

2. Complete and sign this form.

If you consent to receive documents electronically, you will receive a Notice of Electronic Filing by e-mail each time a document is filed in your case. After receiving the notice, you are permitted one "free look" at the document by clicking on the hyperlinked document number in the e-mail.[2] Once you click the hyperlink and access the document, you may not be able to access the document for free again. After 15 days, the hyperlink will no longer provide free access. Any time that the hyperlink is accessed after the first "free look" or the 15 days, you will be asked for a PACER login and may be charged to view the document. For this reason, *you should print or save the document during the "free look" to avoid future charges.*

### IMPORTANT NOTICE

Under Rule 5 of the Federal Rules of Civil Procedure, Local Civil Rule 5.2, and the Court's Electronic Case Filing Rules & Instructions, documents may be served by electronic means. If you register for electronic service:

1. You will no longer receive documents in the mail;

2. If you do not view and download your documents during your "free look" and within 15 days of when the court sends the e-mail notice, you will be charged for looking at the documents;

3. This service does *not* allow you to electronically file your documents;

4. It will be your duty to regularly review the docket sheet of the case.[3]

---

[1] Public Access to Court Electronic Records (PACER) (www.pacer.uscourts.gov) is an electronic public access service that allows users to obtain case and docket information from federal appellate, district, and bankruptcy courts, and the PACER Case Locator over the internet.

[2] You must review the Court's actual order, decree, or judgment and not rely on the description in the email notice alone. *See* ECF Rule 4.3

[3] The docket sheet is the official record of all filings in a case. You can view the docket sheet, including images of electronically filed documents, using PACER or you can use one of the public access computers available in the Clerk's Office at the Court.

100% Recycled fiber
80% Post-Consumer

**Window Envelope**

Use this envelope with shipping documents printed from a laser
or inkjet printer on plain paper.

Serving you for more than 100 years
United Parcel Service.




Visit **ups.com**® or call **1-800-PICK-UPS**® (**1-800-742-5877**)
to schedule a pickup or find a drop off location near you.

**Domestic Shipments**
- To qualify for the Letter rate, UPS
  correspondence, urgent docume
  weigh 8 oz. or less. UPS Express
  those listed or weighing more th

**International Shipments**
- The UPS Express Envelope may
  value. Certain countries conside
  ups.com/importexport to verify
- To qualify for the Letter rate, the
  UPS Express Envelopes weighing

**Note:** Express Envelopes are not f
containing sensitive personal info
or cash equivalent.

Insert shipping documents
under window from the top

Do not use this envelope for:

**PS Ground**
**PS Standard**
**PS 3 Day Select**®
**PS Worldwide Expedited**®

UPS may also be used with the following services:

UPS Next Day Air®
UPS Worldwide Express®
UPS 2nd Day Air®

2020 MAR 13  PM 12: 15





RECEIVED
SDNY PRO SE OFFICE

2020 MAR 13  PM 12: 15

BILLING: P/P

TRACKING #: 1Z A0V 546 01 6910 7890

**UPS NEXT DAY AIR** 1





NY 102 6-10

NEW YORK NY 10007-1316

TO: U.S. COURT HOUSE SOUTHERN DISTRICT
500 PEARL ST
SHIP ATTN PRO SE UNIT
CLOSTER NJ 07624-9116
THE UPS STORE #3918
576 PIERMONT RD
(917) 334-7463
BABER AVILA

JS 44C/SDNY
REV. 06/01/17

**CIVIL COVER SHEET**

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

PLAINTIFFS *Bernadine Babien Avila*    DEFENDANTS *Hi Hon Grand Vacations*

ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)    ATTORNEYS (IF KNOWN)

*N/A*

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Has this action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No [x] Yes [ ]    Judge Previously Assigned

If yes, was this case  Vol. [ ]  Invol. [ ]  Dismissed. No [ ]  Yes [ ]  If yes, give date _____ & Case No. _____

**Is THIS AN INTERNATIONAL ARBITRATION CASE?**     No [x]     Yes [ ]

*(PLACE AN [x] IN ONE BOX ONLY)*     **NATURE OF SUIT**

## TORTS

| CONTRACT | PERSONAL INJURY | PERSONAL INJURY | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110  INSURANCE | [ ] 310 AIRPLANE | [ ] 367 HEALTHCARE/ PHARMACEUTICAL PERSONAL INJURY/PRODUCT LIABILITY | [ ] 625 DRUG RELATED SEIZURE OF PROPERTY 21 USC 881 | [ ] 422 APPEAL 28 USC 158 | [ ] 375 FALSE CLAIMS |
| [ ] 120  MARINE | [ ] 315 AIRPLANE PRODUCT LIABILITY | | | [ ] 423 WITHDRAWAL 28 USC 157 | [ ] 376 QUI TAM |
| [ ] 130  MILLER ACT | [ ] 320 ASSAULT, LIBEL & SLANDER | [ ] 365 PERSONAL INJURY PRODUCT LIABILITY | [ ] 690 OTHER | | [ ] 400 STATE REAPPORTIONMENT |
| [ ] 140  NEGOTIABLE INSTRUMENT | [ ] 330 FEDERAL EMPLOYERS' LIABILITY | [ ] 368 ASBESTOS PERSONAL INJURY PRODUCT LIABILITY | | | [ ] 410 ANTITRUST |
| [ ] 150  RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT | [ ] 340 MARINE | **PERSONAL PROPERTY** | **PROPERTY RIGHTS** | | [ ] 430 BANKS & BANKING |
| | [ ] 345 MARINE PRODUCT LIABILITY | [ ] 370 OTHER FRAUD | [ ] 820 COPYRIGHTS | | [ ] 450 COMMERCE |
| [ ] 151  MEDICARE ACT | | [ ] 371 TRUTH IN LENDING | [ ] 830 PATENT | | [ ] 460 DEPORTATION |
| [ ] 152  RECOVERY OF DEFAULTED STUDENT LOANS (EXCL VETERANS) | [ ] 350 MOTOR VEHICLE | | [ ] 835 PATENT-ABBREVIATED NEW DRUG APPLICATION | | [ ] 470 RACKETEER INFLU- ENCED & CORRUPT ORGANIZATION ACT (RICO) |
| | [ ] 355 MOTOR VEHICLE PRODUCT LIABILITY | | [ ] 840 TRADEMARK | | [ ] 480 CONSUMER CREDIT |
| [ ] 153  RECOVERY OF OVERPAYMENT OF VETERAN'S BENEFITS | [ ] 360 OTHER PERSONAL INJURY | [ ] 380 OTHER PERSONAL PROPERTY DAMAGE | **SOCIAL SECURITY** | | [ ] 490 CABLE/SATELLITE TV |
| | [ ] 362 PERSONAL INJURY - MED MALPRACTICE | [ ] 385 PROPERTY DAMAGE PRODUCT LIABILITY | **LABOR** | [ ] 861 HIA (1395ff) | [ ] 850 SECURITIES/ COMMODITIES/ EXCHANGE |
| [ ] 160  STOCKHOLDERS SUITS | | | [ ] 710 FAIR LABOR STANDARDS ACT | [ ] 862 BLACK LUNG (923) | |
| [ ] 190  OTHER CONTRACT | | **PRISONER PETITIONS** | [ ] 720 LABOR/MGMT RELATIONS | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 OTHER STATUTORY ACTIONS |
| | | [ ] 463 ALIEN DETAINEE | | [ ] 864 SSID TITLE XVI | [ ] 891 AGRICULTURAL ACTS |
| [ ] 195  CONTRACT PRODUCT LIABILITY | **ACTIONS UNDER STATUTES** | [ ] 510 MOTIONS TO VACATE SENTENCE 28 USC 2255 | [ ] 740 RAILWAY LABOR ACT | [ ] 865 RSI (405(g)) | |
| [ ] 196  FRANCHISE | *Age Discrimination* [ ] 440  OTHER CIVIL RIGHTS (Non-Prisoner) | [ ] 530 HABEAS CORPUS | [x] 751 FAMILY MEDICAL LEAVE ACT (FMLA) | **FEDERAL TAX SUITS** | [ ] 893 ENVIRONMENTAL MATTERS |
| | | [ ] 535 DEATH PENALTY | [ ] 790 OTHER LABOR LITIGATION | [ ] 870 TAXES (U.S. Plaintiff or Defendant) | [ ] 895 FREEDOM OF INFORMATION ACT |
| **REAL PROPERTY** | [ ] 441 VOTING | [ ] 540 MANDAMUS & OTHER | [ ] 791 EMPL RET INC SECURITY ACT (ERISA) | [ ] 871 IRS-THIRD PARTY 26 USC 7609 | [ ] 896 ARBITRATION |
| | [x] 442 EMPLOYMENT | | | | [ ] 899 ADMINISTRATIVE PROCEDURE ACT/REVIEW OR APPEAL OF AGENCY DECISION |
| [ ] 210  LAND CONDEMNATION | [ ] 443 HOUSING/ ACCOMMODATIONS | **PRISONER CIVIL RIGHTS** | **IMMIGRATION** | | |
| [ ] 220  FORECLOSURE | [ ] 445 AMERICANS WITH DISABILITIES - EMPLOYMENT | [ ] 550 CIVIL RIGHTS | [ ] 462 NATURALIZATION APPLICATION | | [ ] 950 CONSTITUTIONALITY OF STATE STATUTES |
| [ ] 230  RENT LEASE & EJECTMENT | | [ ] 555 PRISON CONDITION | [ ] 465 OTHER IMMIGRATION ACTIONS | | |
| [ ] 240  TORTS TO LAND | [ ] 446 AMERICANS WITH DISABILITIES -OTHER | [ ] 560 CIVIL DETAINEE CONDITIONS OF CONFINEMENT | | | |
| [ ] 245  TORT PRODUCT LIABILITY | [ ] 448 EDUCATION | | | | |
| [ ] 290  ALL OTHER REAL PROPERTY | | | | | |

**ACTIONS UNDER STATUTES**

*Check if demanded in complaint:*

[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y. AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
IF SO, STATE:

DEMAND $ _____ OTHER _____    JUDGE _____    DOCKET NUMBER _____

*Check YES only if demanded in complaint*
JURY DEMAND: [ ] YES [ ] NO    NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

RECEIVED PRO SE OFFICE   '20 MAR 13  PM 2: 14

## ORIGIN

(PLACE AN x IN ONE BOX ONLY)

☐ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from (Specify District)  ☐ 6 Multidistrict Litigation (Transferred)  ☐ 7 Appeal to District Judge from Magistrate Judge

☐ a. all parties represented

☐ b. At least one party is pro se.

☐ 8 Multidistrict Litigation (Direct File)

(PLACE AN x IN ONE BOX ONLY)

## BASIS OF JURISDICTION

*IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

☐ 1 U.S. PLAINTIFF   ☐ 2 U.S. DEFENDANT   ☐ 3 FEDERAL QUESTION (U.S. NOT A PARTY)   ☐ 4 DIVERSITY

## CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ]1 | [X]1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ]3 | [ ]3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ]5 | [ ]5 |
| CITIZEN OF ANOTHER STATE | [X]2 | [ ]2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [X]4 | [X]4 | FOREIGN NATION | [ ]6 | [ ]6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

*Bernadine Bahen Avica*          *Bergen County*
*314 Sutton Place Norwood NY 07648*

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

*Hilton Grand Vacations*
*1350 6th Ave*
*NYC 10019*

DEFENDANT(S) ADDRESS UNKNOWN

REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

## COURTHOUSE ASSIGNMENT

I hereby certify that this case should be assigned to the courthouse indicated below pursuant to Local Rule for Division of Business 18, 20 or 21.

Check one:   THIS ACTION SHOULD BE ASSIGNED TO:   ☐ WHITE PLAINS   ☐ MANHATTAN

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____   ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
RECEIPT # _____   [ ] YES (DATE ADMITTED Mo. _____ Yr. _____)
Attorney Bar Code # _____

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)

Clear Form     Save     Print